IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09mj *15* |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO SEAL COMPLAINT |
| DAVID JIMENEZ MARIN | ) | |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Complaint, the Motion to Seal, and any other related documents be sealed.

THIS the 25th day of February, 2009.

MAGISTRATE JUDGE