UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09mj15 |
| | ) | |
| vs. | ) | **ORDER TO UNSEAL COMPLAINT** |
| | ) | |
| David Jimenez MARIN (08-22-1978) | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 4th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE